# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2024-2170

———————————————

CURTIS DUKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

March 25, 2026

PER CURIAM.

AFFIRMED. *See Hilton v. State*, 326 So. 3d 640, 648 (Fla. 2021) (holding that mere speculation is insufficient to prove prejudice under *Strickland v. Washington*, 466 U.S. 668, 687 (1984)); *Martin-Godinez v. State*, 290 So. 3d 144, 146 (Fla. 1st DCA 2020) ("The prejudice prong requires that the defendant demonstrate a reasonable probability that, but for counsel's errors, the result of the proceeding would have been different.").

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Jessica J. Yeary, Public Defender, Tyler K. Payne and Megan L. Long, Assistant Public Defenders, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Robert C. Lee, Assistant Attorney General, Tallahassee, for Appellee.